Case 3:10-cr-00274-TJC-JBT   Document 66 (Court only)   Filed 07/25/18   Page 1 of 4 PageID 301

MD/FL 12C
(04/17)

# United States District Court

for

**Middle District of Florida**
**Ocala Division**

### Petition for Warrant or Summons for Offender Under Supervised Release

| | |
|---|---|
| Name of Offender: Joseph Lamar Stratton | Docket Number: 3:10-cr-274-J-32JBT |

Name of Sentencing Judicial Officer:   The Honorable Timothy J. Corrigan
United States District Judge

Date of Original Sentence: June 21, 2011

Original Offense: Distribution of Methamphetamine and Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Original Sentence: The defendant was sentenced to eight-four (84) months imprisonment followed by five (5) years Supervised Release. Special conditions include that the defendant shall participate in a substance abuse treatment program; participate in a mental health program; and the defendant shall submit to a search of his person, residence, place of business, any storage units under his control or vehicle, conducted by the United States Probation Officer. In addition, a $200.00 special assessment was imposed. At his original sentencing, although the offense level was 12, the Court awarded the defendant a 1-level reduction because of his substantial assistance to the government.

On September 22, 2015, the Court denied the defendant's Pro Se Motion for Modification or Reduction of Sentence based upon Amendment 782.

Date of Revocation:   April 27, 2018

Revocation Sentence:   The defendant was sentenced to Time Served plus eleven (11) days imprisonment followed by 2 years Supervised Release. Special conditions include that the defendant shall reside at the Phoenix House in Ocala, Florida; the defendant shall participate in a substance abuse treatment program; participate in a mental health program; and the defendant shall submit to a search of his person, residence, place of business, any storage units under his control or vehicle, conducted by the United States Probation Officer.

Type of Supervision: Supervised Release

| | |
|---|---|
| Date Supervision Commenced: May 8, 2018 | Date Supervision Expires: May 7, 2020 |
| Assistant United States Attorney: Kevin C. Frein | Defense Attorney: Mark Rosenblum |

---

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **Failure to notify at least 10 days prior to an anticipated address changes in violation of condition Five of the standard conditions of supervision:** On July 4, 2018, the defendant failed to

MD/FL 12C  
(04/17)

Page 2

Offender: Joseph Lamar Stratton  
Docket: 3:10-cr-274-J-32JBT  
Date Prepared: July 25, 2018

notify his probation officer of his change of address from the Phoenix House located at 15681 U.S. 301, Citra, Florida 32113 to an unknown address on July 4, 2018.

2. **Failure to participate in drug aftercare treatment in violation of the special condition:** On July 4, 2018, the defendant was unsuccessfully discharged from drug treatment after he failed to return back to the facility.

United States Probation Office Recommendation:

☒   Issuance of a Warrant

☐   Issuance of a Summons

I declare under penalty of perjury that the foregoing is true and correct.  
Executed on   July 25, 2018

/s/Maia Jefferson

Maia Jefferson  
Senior United States Probation Officer

MD/FL 12C
(04/17)
Page 3

Offender: Joseph Lamar Stratton
Docket: 3:10-cr-274-J-32JBT
Date Prepared: July 25, 2018

## THE COURT ORDERS

☐ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

_____
Signature of Judicial Officer

_____
Date

MD/FL 12C
(04/17)

Offender: Joseph Lamar Stratton
Docket: 3:10-cr-274-J-32JBT
Date Prepared: July 25, 2018

## JUDGE'S COMMENTS

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED U.S. MARSHAL
M/FL JACKSONVILLE
2018 JUL 31 AM 8:57

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 3:10-cr-274-J-32JBT |
| | ) | |
| | ) | |
| | ) | |
| Joseph Lamar Stratton | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Lamar Stratton,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 7/31/2018

_____
*Issuing officer's signature*

City and state: Jacksonville, Florida

Elizabeth M. Warren, Clerk of Court
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*